

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

August 11, 2022

**BY ECF**
Hon. William J. Martini
United States District Judge
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street, Suite 4015
Newark, NJ 07101

Re:    *SEC v. Kenneth A. Welsh, 21-civ.-19387 (D.N.J.) (WJM/JSA)*

Dear Judge Martini:

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this status letter in the above-referenced action.

As background, the Commission filed its Complaint against Defendant Kenneth A. Welsh ("Welsh")—the sole defendant in this action—on October 28, 2021.  (Docket No. 1.)  The Commission filed its proof of service on December 21, 2021.  (Docket No. 5.)  The Clerk's Office entered a docket entry of default as to Welsh on February 24, 2022.  (Docket No. 6.)

On the same day the Commission filed its Complaint, the United States Attorney's Office for the District of New Jersey ("United States") instituted a criminal complaint against Welsh, charging Welsh with wire fraud in violation of 18 U.S.C. §§ 1342 & 1343 and investment adviser fraud in violation of 15 U.S.C. §§ 80b-6 & 80b-17 and 18 U.S.C. § 2. *United States v. Kenneth A. Welsh*, 21-cr.-13385 (D.N.J.) (LDW) ("the Criminal Case").  The criminal complaint alleges essentially the same conduct that the Commission's Complaint alleges in this case.  On June 30, 2022, the court in the Criminal Case issued an Order of Continuance continuing that matter until August 31, 2022, because plea negotiations are anticipated and the United States and the defendant need "additional time to negotiate a plea agreement."  (Crim. Docket No. 15 at 1.)

The Commission intends to move for a default judgment as to Welsh after the Criminal Case has been resolved.  The Commission and the Court will be better able to assess the appropriate monetary remedies against Welsh, including disgorgement and a civil money penalty, after his Criminal Case has concluded.  *See, e.g., SEC v. Palmisano*, 135 F.3d 860, 864 (2d Cir. 1998) ("[W]e modify the judgment to provide that to the extent that [defendant]

Hon. William J. Martini
August 11, 2022

pays or has paid restitution as ordered in the criminal judgment, such payments will offset his disgorgement obligation under the present judgment.").

Respectfully submitted,

_____/s/_____
Christopher J. Dunnigan
Senior Trial Counsel

cc (by UPS):  Kenneth A. Welsh