

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

December 20, 2024

**BY ECF**

Hon. Jessica S. Allen
United States Magistrate Judge
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street, Suite 4015
Newark, NJ 07101

      Re:    *SEC v. Kenneth A. Welsh*, 21-civ.-19387 (WJM/JSA) (D.N.J.)

Dear Judge Allen:

      Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status letter pursuant to the Court's November 1, 2024 Order (Dkt. No. 21).

      As background, on October 27, 2021, the United States Attorney's Office for the District of New Jersey filed a parallel criminal proceeding against Welsh, *United States v. Kenneth A. Welsh*, 23-cr.-00932 (RK/LDW) ("the Criminal Case"). Welsh's plea agreement was entered on November 20, 2024. (Crim. Dkt. No. 40.) A sentencing hearing has been set for March 26, 2025.

      In this SEC action, the Clerk's Office entered a default as to Welsh—the sole defendant in this action—on February 24, 2022. (Dkt. No. 6.) However, given that Welsh has since signed a plea agreement in his criminal proceeding, the SEC is working with Welsh, through his criminal defense attorney, David Holman, to resolve this civil matter by consent. The SEC and the Court will be better able to assess the appropriate monetary remedies against Welsh, including disgorgement and a civil penalty, following Welsh's sentencing. *See, e.g., SEC v. Palmisano*, 135 F.3d 860, 864 (2d Cir. 1998) ("[W]e modify the judgment to provide that to the extent that [defendant] pays or has paid restitution as ordered in the criminal judgment, such payments will offset his disgorgement obligation under the present judgment."). The SEC respectfully proposes that it submit a further status report within 30 days of a judgment being entered in the Criminal Case or by February 18, 2025, whichever occurs first.

                            Respectfully submitted,

                              /s/  Christopher J. Dunnigan
                              Christopher J. Dunnigan
                              Senior Trial Counsel

cc (by UPS):   Kenneth A. Welsh
    (by email): David Holman, Assistant Federal Public Defender

**\*A Telephone Status Conference is scheduled for 1/2/25 11:00 a.m. The parties are directed to dial 1-855-244-8681 and then Access Code 23024029552# at the time of the Conference. So ordered.
Date: December 23, 2024**

                              /s/ Jessica S. Allen
                              **Hon. Jessica S. Allen, U.S.M.J.**